PEOPLE ex rel. ROSS, Appellant, v. DOOLING et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Proceeding by the People of the State of New York, on the relation of Alexander M. Ross, against John T. Dooling and others, composing the Board of Elections, etc. No opinion. Motion denied, without costs. See, also, 116 N. Y. Supp. 371.

PEOPLE ex rel. SALZMAN, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Proceeding by the People of the State of New York, on the relation of Maier Salzman, against the City of New York and others. T. Connoly, for appellants. W. Allen, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

HOUGHTON, J., dissents.

PEOPLE ex rel. SCHNUMACHER, Appellant, v. METZ, Comptroller, Respondent. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Proceeding by the People of the State of New York, on the relation of Markus Schnumacher, against Herman A. Metz, as Comptroller. R. P. Bell, for appellant. L. Leale, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SEGEE v. HAYES, Com'r. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Proceeding by the People of the State of New York, on the relation of Lewis M. Segee, against N. J. Hayes, as Commissioner, etc. No opinion. Motion granted, with $10 costs. Order filed. See, also, 106 App. Div. 563, 94 N. Y. Supp. 754.

PEOPLE ex rel. SIBLEY et al. v. GRESSER. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York, on the relation of George Sibley and others, against Lawrence Gresser, as President of the Borough of Queens, respondent. No opinion. Orders affirmed, with $10 costs and disbursements.

PEOPLE ex rel. TORMEY v. POLK et al. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York, on the relation of Michael J. Tormey, against Frank L. Polk and others. No opinion. Order granting peremptory writ of mandamus affirmed, with $50 costs and disbursements.

PEOPLE ex rel. TOWN OF WEST SENECA, Appellant, v. PUBLIC SERVICE COMMISSION, SECOND DIVISION, OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 13, 1909.) Proceeding by the People of the State of New York, on the relation of the Town of West Seneca, against the Public Service Commission, Second Division, of the State of New York, and another. No opinion. Motion denied. See, also, 130 App. Div. 335, 114 N. Y. Supp. 636.

PEOPLE ex rel. TREIBER, Respondent, v. SINCLAIR (or ST. CLAIR), Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Proceeding by the People of the State of New York, on the relation of Bert Treiber, against Lilly Sinclair (or St. Clair). S. A. Hyman, for appellant. R. C. Taylor, for respondent. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. WHEELER v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Proceeding by the People of the State of New York, on the relation of Everett E. Wheeler, against the city of New York and others. No opinion. Reargument ordered, and case set down for Monday, November 15, 1909.

PEOPLE'S NAT. BANK OF PITTSBURG, Respondent, v. SHEEHAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by the People's National Bank of Pittsburg against John G. Sheehan, impleaded. J. W. Browne, for appellant. F. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PERSONENI, Appellant, v. GOODALE et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1909.) Action by Joseph Personeni against John McG. Goodale and others. H. A. Forster, for appellant. H. B. Johnson, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

PHIPPEN, Respondent, v. DUNPHY, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by William S. Phippen against Richard J. Dunphy, as attorney in fact, etc. H. Jones, for appellant. A. L. Davis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PIAZZA, Appellant, v. SYKES, Respondent. (Supreme Court, Appellate Division, First Department. October 22, 1909.) Action by Vincenzo Piazza against George Sykes. J. V. Hindes, for appellant. J. V. Bouvier, Jr., for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

PIERCE, Respondent, v. SUPREME TENT OF KNIGHTS OF MACCABEES OF THE WORLD, Appellant. (Supreme Court, Appel-